**Order entered June 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-00835-CV

**MARK POWELL YABLON, Appellant**

**V.**

**MARY ELIZABETH YABLON, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-51636-2009**

# ORDER

Before Chief Justice Wright and Justices FitzGerald and Lewis

We **DENY** appellant's May 26, 2014 motion for rehearing to withdraw the Court's

opinion.

/s/     DAVID LEWIS
JUSTICE